JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW LAFEE,** | CASE NO.: **8:11-cv-00702-JVS(RNBx)** |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| **INDEPENDENT FINANCIAL SERVICES, LLC; and CARY HUGHS, an individual,** | |
| Defendant. | |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that judgment be entered as to Defendants, Independent Financial Services LLC and Cary Hughs, for statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692k and $1,000.00 pursuant to Cal. Civ. Code § 1788.17; Attorney's fees in he amount of $2,676.50; and $470 in costs pursuant to 15 U.S.C. §1692k(a)(3).

Dated this 10th day of November, 2011.

_____
Honorable James V. Selna

ORDER

Filed electronically on this 7th day of October, 2011, with:

United States District Court CM/ECF system

A copy sent via mail on this 7th day of October, 2011 to:

Independent Financial Services, LLC
Cary Hughes
8220 Katella Avenue, Suite 201
Stanton, CA 90680-3281

<u>s/Todd Friedman</u>
   Todd Friedman